807 A.2d 871

**Ashley ROSSA, A Minor through her Mother, Patricia ROSSA, Respondent,**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD (CITY OF PHILADELPHIA).**

Supreme Court of Pennsylvania.

Sept. 25, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2002, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issues:

1) Whether a Workers' Compensation Judge has authority to determine paternity.

2) If such authority exists, and in consideration of the factors set forth in *Minnich v. Rivera,* 509 Pa. 588, 506 A.2d 879 (1986), what is the applicable standard of proof

for paternity determinations in Workers' Compensation proceedings?

The City of Philadelphia's Petition for Supersedeas is **DENIED**.